# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ADLARD,<br><br>        Petitioner,<br><br>        v.<br><br>DERRELL G. ADAMS, Warden,<br><br>        Respondent. | Case No. CV 09-7197-PA (JEM)<br><br>**J U D G M E N T** |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 4, 2011

                                              PERCY ANDERSON
                                   UNITED STATES DISTRICT JUDGE